No. 05–7140. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 05–7141. PAREDES URENA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 05–7143. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 05–7144. JUMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7149. SILVESTRI v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 05–7150. ORTIZ ROMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7151. CAMACHO RODRIGUEZ v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 05–7154. NOVOSEL, AKA NOVOSELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 05–7155. MULLEN, AKA STEWART, AKA MULEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7156. MEDELLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 05–7159. MANN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 05–7160. COLON-QUINONES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7161. FEURTADO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7162. CABRAL v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. ▮

No. 05–7165. PETERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.